O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   ED CV 09-00001-SGL and ED CR 09-00007-SGL        Date: January 15, 2009
           JS - 6                        JS - 3
Title:     PEOPLE OF THE STATE OF CALIFORNIA -v- SHIRLEY ANN DISANDRO
==========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

          Jim Holmes                            Theresa Lanza
          Courtroom Deputy Clerk                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Iva Fitzpatrick,                           Daniel Ackerman
Deputy District Attorney                   Asst. U.S. Attorney

PROCEEDINGS:   **ORDER REMANDING MATTER TO STATE COURT**

   The Court has received and reviewed defendant's January 9, 2009, amended notice of removal of criminal prosecution, Case No. EDCR-09-07-SGL. In the amended notice defendant acknowledges that the state criminal proceeding commenced against her on September 15, 2008, when she was arraigned in state court on one count of speeding and one count of obstruction to driving. At her arraignment, defendant (a federal postal truck driver) "orally moved for removal to federal court," a motion which the state court "reserved ruling on" (and on which, as defense counsel conceded at the status conference herein, the state court did not have authority to rule).

   Nonetheless, the state trial court did set a trial date of December 2, 2008, in the matter, a trial date that was later continued to January 6, 2009. At the same time, defendant was "recovering from surgery, which she [had undergone] in the fall of 2008." Then, on January 5, 2009, literally the day before trial, defendant filed a notice of removal of the state court matter to this Court, Case No. EDCV-09-01-SGL, on the basis that she was a federal employee and that the state court criminal matter related to an act (her driving of a postal truck) she committed "under color of such [federal] office." 28 U.S.C. § 1442(a)(1). However, in filing her notice of removal defense counsel "mistakenly titled the notice" as a "civil action," which accordingly led to the matter receiving a "civil number" rather than a "criminal number." The next day the state court criminal trial proceeded without defendant being present and defendant was convicted on both counts and fined $259. On January 9, 2009, defendant filed her amended notice of removal, correcting the docket to reflect that it was a criminal, not civil, action that she was removing and having the clerk

MINUTES FORM 90                                      Initials of Deputy Clerk: jh
CIVIL -- GEN                     1                   Time: /15

ED CV 09-00001-SGL (ED CR 09-00007-SGL)
PEOPLE OF THE STATE OF CALIFORNIA v SHIRLEY ANN DISANDRO
MINUTE ORDER of January 15, 2009

provide a criminal case number for the matter in this Court.

In her amended notice of removal, defendant readily admits that the standard time for filing notices of removal — 30 days — applies to her case and also freely admits that her notice (or amended notice) did not comply with that time requirement. Nonetheless, defendant contends that "good cause" exists to excuse her non-compliance with the 30-day rule: (1) That the state court never ruled on her "oral" motion for removal and (2) that she was recuperating from surgery during the five months from when she was first arraigned. The Court finds neither reason sufficient to justify defendant's untimely filed notice.

To begin, no motion need be filed with, much less approved by, a state court to remove an action to federal court. There is no state court authority to remove a case to a federal court. Instead, defendant need only file a notice of removal of the state court action (as was eventually done in this case five months later) with the federal court and then provide a copy of such notice to the state court. The state court's failure to rule on defendant's "oral motion" thus did not stand as an impediment to defendant filing a notice of removal to this Court.

Insofar as defendant's health is concerned, it must be noted that during this same relevant time defendant's recuperation from surgery did not prevent her from making motions to continue the trial, from appearing at her arraignment, and just as importantly, prevent her counsel from filing the notice of removal documents in this Court, especially over such a prolonged period of time.

For the reasons stated above, the Court finds that defendant's notice of removal is untimely and that good cause does not exist for its untimely nature. Accordingly, matters EDCV-09-01-SGL and EDCR-09-07-SGL are hereby **REMANDED** to state court.

**IT IS SO ORDERED.**

Case 5:09-cv-00001-SGL-PJW   Document 5   Filed 01/15/09   Page 3 of 3   Page ID #:40

# NOTICE PARTY SERVICE LIST

Case No. EDCV 09-00001 SGL    Case Title People of the State of California v. Disandro

Title of Document  Minute Order of January 15, 2009

| | | | |
|---|---|---|---|
| | Atty Sttlmnt Officer Panel Coordinator | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division - S.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | US Attorneys Office - Criminal Division -L.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -S.A. |
| | CA St Pub Defender (Calif. State PD) | | US Bankruptcy Court |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | US Marshal Service - Los Angeles (USMLA) |
| | | | US Marshal Service - Riverside (USMED) |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service -Santa Ana (USMSA) |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | US Probation Office (USPO) |
| | Chief Deputy Admin | | US Trustee's Office |
| | Chief Deputy Ops | | Warden, San Quentin State Prison, CA |
| | Clerk of Court | | |
| | Death Penalty H/C (Law Clerks) | | |
| | Dep In Chg E Div | | |
| | Dep In Chg So Div | | |
| | Federal Public Defender | | |
| | Fiscal Section | | |
| | Intake Section, Criminal LA | | |
| | Intake Section, Criminal SA | | |
| | Intake Supervisor, Civil | | |
| | PIA Clerk - Los Angeles (PIALA) | | |
| | PIA Clerk - Riverside (PIAED) | | |
| | PIA Clerk - Santa Ana (PIASA) | | |
| | PSA - Los Angeles (PSALA) | | |
| | PSA - Riverside (PSAED) | | |
| | PSA - Santa Ana (PSASA) | | |
| | Schnack, Randall (CJA Supervising Attorney) | | |
| | Statistics Clerk | | |

| ✓ | ADD NEW NOTICE PARTY (if sending by fax, mailing address must also be provided) |
|---|---|
| Name: | Rod Pacheco, District Attorney |
| Firm: | County of Riverside, Main Office |
| Address (include suite or floor): | 4075 Main Street |
| Riverside, CA 92501 | |
| *E-mail: | CHughes@rivcoda.org |
| *Fax No.: | |

* For CIVIL cases only

| JUDGE / MAGISTRATE JUDGE (list below): |
|---|
| |
| |
| |
| |

Initials of Deputy Clerk jh

G-75  (03/07)    NOTICE PARTY SERVICE LIST